# ORIGINAL

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

✓ P-Send

### CRIMINAL MINUTES - ARRAIGNMENT

Case Number: 2:03CR337          Recorder: CS 04/21/03          Date: 04/21/2003

Present: The Honorable Charles F. Eick, U.S. Magistrate Judge

Court Clerk: Maria Cortez & Alex Silverio     Assistant U.S. Attorney: Mark Krause & Jean Mohrbacher AUSA

| **United States of America v.** | **Attorneys Present for Defendants** | **Language** | **Interpreter** |
|---|---|---|---|
| JOHN HOBART ZENTMYER<br>Bond - Present | Victor Cannon<br>    DFPD - Appointed for PIA Only - PRESENT | | |

**PROCEEDINGS: ARRAIGNMENT OF DEFENDANT(S) AND ASSIGNMENT OF CASE.**

Other: Defendant is in process of retaining Atty Shaun Perez. Court orders that PIA be continued to May 5, 2003 @8:30 am.

Initials of Deputy Clerk: mc /MC/

cc: PSA, Statistics Clerk


